# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BERTHA STYLES,

        Plaintiff,

v.                                                  Case No. 6:14-cv-1484-Orl-37KRS

NRA GROUP, LLC,

        Defendant.

## ORDER

This cause is before the Court on its own motion. Upon consideration, the Court finds that Plaintiff's Complaint (Doc. 1), filed September 10, 2014, is due to be dismissed as an impermissible shotgun pleading.

A shotgun complaint "contains several counts, each one incorporating by reference the allegations of its predecessors, leading to a situation where most of the counts . . . contain irrelevant factual allegations and legal conclusions." *Strategic Income Fund, LLC v. Spear, Leeds & Kellogg Corp.*, 305 F.3d 1293, 1295 (11th Cir. 2002). The Court is therefore faced with the onerous task of sifting out irrelevancies in order to determine which facts are relevant to which causes of action. See *id.* Such shotgun pleadings are "altogether unacceptable," and it is the Court's obligation to force Plaintiff to replead. *Cramer v. Florida*, 117 F.3d 1258, 1263 (11th Cir. 1997); *see also Paylor v. Hartford Fire Ins. Co.*, 748 F.3d 1117, 1125-28 (11th Cir. 2014). If the Court does not fulfill this obligation, then "all is lost." *Johnson Enter. Of Jacksonville, Inc. v. FPL Group, Inc.*, 162 F.3d 1290, 1333 (11th Cir. 1998).

As each count in the Complaint "incorporates each of the preceding allegations"

(Doc. 1, ¶¶ 22, 24, 26), the Complaint constitutes an impermissible shotgun pleading and must be dismissed. If Plaintiff chooses to replead, the amended complaint should clearly delineate which factual allegations are relevant to each claim.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may file an amended complaint consistent with the directives of this Order on or before Friday, October 3, 2014.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 12, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record